[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14727
Non-Argument Calendar
_____

D.C. Docket No. 8:18-cr-00229-MSS-CPT-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO LIMONES TORO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 17, 2019)

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *United States v. Bushert*, 997

F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (holding that the district court's explanation of a waiver provision was insufficient where the court simply stated that the defendant was waiving his right to appeal the charges against him and separately noted that he might have the right to appeal his sentence under some circumstances).